UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERRY MOORE                                    CIVIL ACTION

VERSUS                                         NO. 15-6079

STATE OF LOUISIANA                             SECTION "F"(3)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claim is **DISMISSED WITH PREJUDICE** to its being asserted again until the Heck conditions are met.

New Orleans, Louisiana, this 14th day of      March      , 2016.

UNITED STATES DISTRICT JUDGE